469 A.2d 288

Commonwealth v. Kimmell, Jr., Appellant.

Submitted

November 8, 1983. Daniel Lee Webster, Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Affirmed.